DATE:   5/12/2015          AT: 10:00

BEFORE JUDGE JOANNA SEYBERT:

ORDER TO SHOW CAUSE

DOCKET NUMBER:   CV  14-1647

TITLE: JIE ZHANG, ET AL. -V- WEN MEI, INC., ET AL.

APPEARANCES:

FOR PLAINTIFFS: JOHN TROY

FOR DEFENDANTS: CAROLYN SHIELDS


COURT REPORTER:   ___P. AUERBACH      ___E. COMBS      ___P. LOMBARDI
___S. PICOZZI    ___M. STEIGER    ___R. TOLKIN    _X_D. TURSI
___O. WICKER


   X       CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT.

Minute Entry for proceedings held before Judge Joanna Seybert: Hearing held on May 12, 2015. Rulings Issued: The Court's Referral Order (Docket Entry 48) is HEREBY VACATED. Plaintiffs' motion for leave to file a Second Amended Complaint (Docket Entry 50) is GRANTED and Plaintiffs' motion to amend (Docket Entry 41) is found to be MOOT.  In addition, Plaintiffs' motion for a temporary restraining order and order of attachment (Docket Entry 38) is GRANTED IN PART and DENIED AND PART.  Specifically, Plaintiffs are granted a temporary restraining order enjoining Defendants from selling or encumbering the business located at 2993 Hempstead Turnpike, Levittown, NY 11756.  The temporary restraining order shall be in effect for sixty (60) days and shall expire on July 13, 2015.  Plaintiffs shall deposit $500 into the Court's registry as security for the temporary restraining order before the close of business on May 14, 2015.  However, Plaintiffs' request for an order of attachment is DENIED WITHOUT PREJUDICE.  The parties are ORDERED to engage in expedited discovery to determine whether Defendants are seeking to dispose of assets to avoid paying a judgment in this case.  Expedited discovery shall end on June 12, 2015.