| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE:  2/26/2019<br>TIME:  11:00 am |

CASE:  CV 14-1647 (JS) Zhang et al v. Wen Mei Inc. et al

TYPE OF CONFERENCE:  STATUS/MOTION          FTR: 11:42-11:50

APPEARANCES:
    For Plaintiff:   Aaron Schweitzer

    For Defendant: Carolyn Shields
                   William Yeung

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Status conference and motion hearing held. Defendants' motion for sanctions, DE [247], is granted as follows: The 6th plaintiffs in the matter will appear for their depositions on 4/5/2019 and 4/12/19 at the office of Carolyn Shields, LLP at 9:30 am. The next status conference is set for 4/23/2019. The parties may submit a briefing schedule for the summary judgment and a pre-motion letter for Judge Seybert in lieu of appearing.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      4/23/19 at 11:30 am              : Status conference

                                  SO ORDERED

                                  /s/Steven I. Locke
                                  STEVEN I. LOCKE
                                  United States Magistrate Judge